IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
REBECCA MYERS,                    )
individually and as               )
personal representative of        )
the Estate of Charles             )
Myers, deceased; REBECCA          )
MYERS and MARY ANN MYERS,         )
individually and as               )
personal representatives          )
of the estate of Eric             )
Myers, deceased,                  )
                                  )
     Plaintiffs,                  )
                                  )     CIVIL ACTION NO.
     v.                           )        1:04cv887-T
                                  )           (WO)
UNITED RENTALS, INC.; and         )
MOBILE TOOL INTERNATIONAL,        )
INC. d/b/a AMERIQUIP,             )
                                  )
     Defendants.                  )
```

JUDGMENT

Pursuant to the stipulation for dismissal (Doc. No. 21), it is the ORDER, JUDGMENT, and DECREE of the court that this cause is dismissed in its entirety with prejudice, with the parties to bear their own costs.

The clerk of the court is DIRECTED to enter this

document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 4th day of October, 2005.

                                        /s/ Myron H. Thompson
                                      **UNITED STATES DISTRICT JUDGE**